**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Daniel S. Glass (State Bar No. 140819)
Attorney at Law
641 Fulton Avenue, Suite 200
Sacramento, California 95825
Phone: (916) 483-1971
Fax: (916) 483-1371

Attorneys for Plaintiff
MICHAEL MILLER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL MILLER, | ) CASE NO.: 2:15-cv-02494-MCE-CKD |
| | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF** |
| | ) **ACTION WITH PREJUDICE; ORDER** |
| v. | ) |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
Case No. 2:15-cv-02494-MCE-CKD

1    **IT IS HEREBY STIPULATED** by and between Plaintiff MICHAEL MILLER and

2  LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their counsel of record

3  herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to

4  Rule 41(a) of the Federal Rules of Civil Procedure.

5    The parties shall bear their own respective attorney fees and costs of suit.

6    Counsel for the filing party hereby attests that concurrence in filing of this document has

7  been obtained by each of the other signatories to this document.  The conformed signature

8  herein shall serve in lieu of their original signatures on this document.  Upon order of the Court,

9  this filing party shall produce records which support the concurrence of all signatories to this

10  document.

11

12                              **RIMAC MARTIN, P.C.**

13  DATED:  March 15, 2016          By:    _/s/ Anna M. Martin_
                                           ANNA M. MARTIN
14                                         Attorneys for Defendant
                                           LIFE INSURANCE COMPANY OF
15                                         NORTH AMERICA

16

17  DATED:  March 15, 2016          By:    _/s/ Daniel S.Glass_
                                           DANIEL S. GLASS
18                                         Attorney for Plaintiff
                                           MICHAEL MILLER
19

20

21

22

23

24

25

26                                2

27  STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
    Case No. 2:15-cv-02494-MCE-CKD

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the foregoing stipulation (ECF No. 7), the above-captioned action is hereby DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall bear their own respective attorney fees and costs of suit.

IT IS SO ORDERED.

Dated:  April 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3